# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 09-5180(KSH)** |
| **v.** | : | |
| | : | |
| **SHIMON NACHUM,** | : | **ORDER ON INFORMAL APPLICATION** |
| | : | |
| **Defendant.** | : | |

This matter having come before the Court by way of letter dated December 21, 2009, regarding the defendant's request to adjourn the return date for the motion for preliminary injunction and to extend the deadlines associated with the briefs in opposition and in reply thereto because the parties are continuing their efforts to resolve the issues presented by the motion and were awaiting the entry of a discovery confidentiality order;

and the Court having signed the discovery confidentiality order upon receipt of the certification in support thereof;

and the Court being advised that all parties consent to the request;

and it appearing that the request may enable the parties to resolve the issue and thereby conserve the resources of the parties and the Court;

and for good cause shown,

IT IS ON THIS 21st day of December, 2009

ORDERED that the request for an extension of the deadlines associated with the preliminary injunction motion is granted as set forth herein;

IT IS FURTHER ORDERED that, no later than **January 4, 2010,** either: (1) the parties shall submit a consent preliminary injunction or (2) the defendant shall file an opposition to the motion for a preliminary injunction;

IT IS FURTHER ORDERED that if opposition to the motion for a preliminary injunction is filed, then the reply shall be submitted no later than **January 11, 2010** and the return date shall be **January 19, 2010** before the Hon. Katharine S. Hayden.  Her Honor's Chambers will advise the parties if oral argument is required; and

IT IS FURTHER ORDERED that all other deadlines shall remain in full force and effect.


s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**